IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLRAHMAN ABDO ABO AL GHITH, *et al.*, | ) ) ) ) |
| Petitioners, | ) ) |
| v. | ) Civil Action No. 06-CV-1757 (RJL) ) |
| GEORGE W. BUSH, *et al.*, | ) ) |
| Respondents. | ) ) ) |

## NOTICE OF APPEARANCE

Undersigned counsel, Nicholas A. Oldham, hereby enters his appearance as one of the counsel for respondents in the above-captioned case.

Dated: December 22, 2006         Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

   /s/ Nicholas A. Oldham
NICHOLAS A. OLDHAM
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-3367
Fax: (202) 616-8470
Nicholas.Oldham@usdoj.gov

Attorney for Respondents