IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

―――――――――――――――――――――――― x
:
ABDULLRAHMAN ABDO                           :
ABO AL GHITH, *et al.*,                     :
:
Petitioners,                :
:
v.                                  :   Civil Action No. 06-CV-1757 (RJL)
:
GEORGE W. BUSH, *et al.*,                   :
:
Respondents.                :
:
―――――――――――――――――――――――― x

**NOTICE OF APPEARANCE AND CERTIFICATION
OF REPRESENTATION WITHOUT COMPENSATION**

       Please enter my appearance on behalf of the petitioners in the above-captioned case. I hereby further certify, pursuant to Local Civil Rule 83.2(g), that I am representing these petitioners without compensation.

Dated:    New York, New York
            December 29, 2006

                                       Respectfully submitted,

                                       Counsel for Petitioners:

                                       /s/ J. Wells Dixon
                                       J. Wells Dixon (Pursuant to LCvR 83.2(g))
                                       CENTER FOR CONSTITUTIONAL RIGHTS
                                       666 Broadway, 7th Floor
                                       New York, New York 10012
                                       Tel: (212) 614-6464
                                       Fax: (212) 614-6499