**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of ~~Columbia~~

TO:
~~Rear Adm. Harry B. Harris, Jr.
Commander, Joint Task Force
GTMO
JTF-GTMO
APO, AE 09360~~

Civil Action, File Number  ~~06-1757 RJL~~

~~Abdulrahman Abdo Abu Al Ghith, et al.~~
V.
~~George W. Bush, et al~~

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ___ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ___ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within ___ days of the date those documents were sent. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

06-1757   11-29-06   FRT

_(USMS Official)_

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Rear Adm. Harry B. Harris, Jr.
Commander, Joint Task Force
GTMO
JTF-GTMO
APO, AE 09360

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☑ Agent  ☐ Addressee

B. Received by (Printed Name): Sean Benter
C. Date of Delivery: 12/19/06

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail   ☐ Express Mail
☑ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0004 4136 8670

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

...D COMPLAINT
...e complaint in the above captioned manner at
...er and Street Name or P.O. Box No.
...nd Zip Code
...to Entity/Authority to Receive
Service of Process

Date of Signature

Form USM-299 (Rev. 6/95)