IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

ABDULLRAHMAN ABDO
ABO AL GHITH, *et al.*,

        Petitioners,

        v.                                 Civil Action No. 06-CV-1757 (RJL)

GEORGE W. BUSH, *et al.*,

        Respondents.

---

**PETITIONER'S NOTICE OF VOLUNTARY WITHDRAWAL OF
HABEAS PETITION AND RESPONSE TO MOTION TO DISMISS OR TRANSFER**

      Petitioner Abdullrahman Abdo Abo Al Ghith ("Petitioner"), by and through his undersigned counsel, hereby voluntarily withdraws his habeas petition in this case. Respondents' motion to dismiss this case for lack of jurisdiction or, in the alternative, to transfer it to the Court of Appeals (*see* dkt. nos. 9, 10, 12) is therefore moot.

      Petitioner is a citizen of Yemen, who is currently detained at the U.S. Naval Station at Guantánamo Bay, Cuba. On October 16, 2006, Petitioner filed a habeas corpus petition challenging the legality of his detention ("Petition"). The Petition was authorized in writing by his brother, Abdullah Abdo Abo Al Ghith, who acts as his next friend.

      On November 24, 2006, the Court ordered Respondents to show cause why the Petition should not be granted. Respondents filed a response to the show cause order on December 19, 2006, and moved to dismiss this case for lack of jurisdiction or, in the alternative, to transfer it to the Court of Appeals (*see* dkt. nos. 9, 10, 12). Respondents also alleged that they were unable to confirm the identity of Petitioner as a detainee at Guantánamo (*see id.* at 1).

At this juncture, undersigned counsel have determined that it is likely that Petitioner is the same person as "Abdul Rahman Abdulgaith Sulaiman," who is ISN 223, and who already has a habeas petition pending in the case *Mohammon v. Bush*, No. 05-CV-2386 (RBW). Accordingly, Petitioner hereby voluntarily withdraws his habeas petition in this later-filed case.

Dated:   New York, New York
         February 12, 2007

>                               Respectfully submitted,
>
>                               Counsel for Petitioners:
>
>                               /s/ J. Wells Dixon
>                               J. Wells Dixon (Pursuant to LCvR 83.2(g))
>                               CENTER FOR CONSTITUTIONAL RIGHTS
>                               666 Broadway, 7th Floor
>                               New York, New York 10012
>                               Tel: (212) 614-6464
>                               Fax: (212) 614-6499